## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYME JOUSSETT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 15-6318 |
| | : | |
| BANK OF AMERICA, N.A., et al., | : | |
| Defendants. | : | |

**MCHUGH, J.**                                                                    **OCTOBER 6, 2016**

## ORDER

This 6th day of October, 2016, upon consideration of the Motions to Dismiss Plaintiff

Jayme Joussett's Second Amended Complaint filed by Defendants Bank of America, N.A.; BAC

Home Loans Servicing, LP; Roundpoint Loan Servicing Corp.; and Newlands Asset Holding

Trust, and the responses thereto, it is hereby **ORDERED** that:

1. Defendants' Motions to Dismiss are **GRANTED** as to Count I (Regulation X claims).

   Plaintiff's Regulation X claims under 12 C.F.R. § 1024.38 and § 1024.40 are dismissed

   with prejudice.  Any other claim dismissed by this Order is without prejudice.

2. Defendants' Motions to Dismiss are **GRANTED** as to Count II (UTPCPL claim).

3. Defendants' Motions to Dismiss are **DENIED** as to Count III (Regulation Z claims).

   Joussett is granted leave to file a third amended complaint consistent with this Order and

the accompanying Memorandum on or before October 31, 2016.


                                                         /s/ Gerald Austin McHugh
                                                    United States District Judge